FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 AUG 26 PM 4: 36
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, as subrogee of Dilraj Mann Singh,<br><br>Plaintiff,<br><br>v.<br><br>CHADD JONES, ADAM ROWE, TRAVIS OWENS, and TRACY TRAVIS,<br><br>Defendants. | CASE NO. CV412-015 |

## O R D E R

Before the Court is Plaintiff Safeco Insurance Company of America's Stipulation of Voluntary Dismissal With Prejudice. (Doc. 34.) In this motion, Plaintiff and Defendant Rowe have stipulated to the dismissal of this case, with prejudice, against all defendants. (Id. at 1.) However, Federal Rule of Civil Procedure 41(a)(1)(A)(ii) requires a stipulation of dismissal to be signed by all parties that have appeared in the case, which includes Defendants Jones, Owens, and Travis. Because all parties have not formally stipulated to the dismissal, the Court will construe Plaintiff's motion as seeking dismissal under Federal Rule of Civil Procedure 41(a)(2).

Pursuant to Rule 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Defendants Jones, Owens, and Travis have not filed any objections to the motion. After careful consideration, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITH PREJUDICE** with each party to bear their own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of August 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA